| | |
|---|---|
| 1 | G. GEOFFREY ROBB (131515) |
|   | JENNIFER T. SANCHEZ (191548) |
| 2 | DIANA CASTIOV (280467) |
|   | GIBSON ROBB & LINDH LLP |
| 3 | 201 Mission Street, Suite 2700 |
|   | San Francisco, California  94105 |
| 4 | Telephone:     (415) 348-6000 |
|   | Facsimile:      (415) 348-6001 |
| 5 | Email:           grobb@gibsonrobb.com |
|   |                      jsanchez@gibsonrobb.com |
| 6 |                      dcastiov@gibsonrobb.com |
| 7 | Attorneys for Defendant |
|   | STOCKTON PORT DISTRICT, dba PORT OF STOCKTON |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| HYUNDAI MERCHANT MARINE CO., LTD. | Case No. 2:12-CV-01874-TLN-CKD |
| Plaintiff, | **STIPULATION AND ORDER ALLOWING DEFENDANT TO FILE AMENDED ANSWER WITH COUNTERCLAIM** |
| v. | |
| STOCKTON PORT DISTRICT, dba PORT OF STOCKTON, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Defendant Stockton Port District ("Port") may file an Amended Answer with Counterclaim, a copy of which is attached.

The filing of an amended Answer and Counterclaim is authorized by and through this agreement of the parties pursuant to Federal Rule of Civil Procedure 15(a)(2) which provides that a party may amend its pleading with the opposing party's written consent.  This stipulation constitutes such written consent.  FRCP 15(a)(2) further provides that the Court should "freely give leave when justice so requires."

The amendment is further supported by FRCP 8(c)(2) which provides that if a party mistakenly designated a defense as a counterclaim, "the court must, if justice so requires, treat

the pleading as though it were correctly designated, and may impose terms for doing so." The Port pled as its fourteenth affirmative defense that Plaintiff breached the contract at issue in Plaintiff's cause of action for breach of contract and at paragraph C of its prayer for relief the Port seeks attorneys fees as set forth in the Port's tariff which comprises terms of the parties agreement at issue in this case. The Port now seeks to set forth its demand for attorneys fees as a counterclaim.

Respectfully Submitted,

Dated: April 30, 2013   KAYE ROSE & PARTNERS, LLP
(Authorized Signature)

By: /S/ RONALD K. LOSCH
Ronald K. Losch
Attorneys for Plaintiff
HYUNDAI MERCHANT MARINE CO., LTD.

Dated: April 30, 2013   GIBSON ROBB & LINDH LLP

By: /S/ JENNIFER TOMLIN SANCHEZ
Jennifer Tomlin Sanchez
Attorneys for Defendant
STOCKTON PORT DISTRICT,
dba PORT OF STOCKTON

Pursuant to stipulation of the parties to this action, Defendant Stockton Port District may file the first amended answer and counterclaim.

IT IS SO ORDERED.

Dated: May 13, 2013

Troy L. Nunley
United States District Judge

STIPULATION AND ORDER ALLOWING DEFENDANT TO FILE AMENDED ANSWER WITH COUNTERCLAIM
Case No.2:12-CV-01874-TLN-CKD; Our File No. 6501.45

2