## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                                      **JUDGMENT IN A CIVIL CASE**

**HYUNDAI MERCHANT MARINE CO. LTD,**

                                                CASE NO: **2:12–CV–01874–TLN–CKD**

       v.

**STOCKTON PORT DISTRICT,**

---

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 6/9/2014**

                                                              **Marianne Matherly**
                                                              Clerk of Court

    ENTERED:  **June 9, 2014**

                                                  by: /s/ G. Michel
                                                           Deputy Clerk